**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BADRU KAKUNGULU, ) | |
| ) | |
| Petitioner, ) | Case No. 3:11-cv-00276-RCJ-VPC |
| ) | |
| vs. ) | |
| ) | ORDER |
| JACK PALMER, ) | |
| ) | |
| Respondent. ) | |

Petition Badru Kakungulu has filed an application to proceed *in forma pauperis* which the Court denied based upon the financial information provided. He has now moved for the court to reconsider the denial based upon an attached financial certificate (ECF No. 4). However, that certificate still indicates that he is able to pay the $5 filing fee. Thus, reconsideration is denied. The $5 filing fee shall be paid on or before June 10, 2011.

IT IS **SO ORDERED**.

Dated this __11th__ day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE