**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

BADRU KAKUNGULU,

        Petitioner,        Case No.3:11-cv-00276-RCJ-VPC

vs.

                              ORDER

JACK PALMER,

        Respondent.

Petition Badru Kakungulu's application to proceed *in forma pauperis* was denied based upon the financial information provided. Petitioner has paid the filing fee for this action. (ECF No. 6). The petition shall now be filed and served on respondents.

Petitioner also moves for appointment of counsel (ECF No. 1-2). There currently exists no absolute right to appointment of counsel in habeas proceedings. *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999 F.2d 425, 428 (9th Cir. 1993). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." *See*, Rule 8(c), Rules Governing Section 2254 Cases. In the instant case, the Court does not find that the interests of justice would be served by the appointment of counsel at this time.

A petition for federal habeas corpus should include all claims for relief of which petitioner is aware. If petitioner fails to include such a claim in his petition, he may be forever barred from seeking federal habeas relief upon that claim. *See* 28 U.S.C. §2254(b) (successive petitions). If petitioner is aware of any claim not included in his petition, he should notify the Court of that as soon as possible, perhaps by means of a motion to amend his petition to add the claim.

1 **IT IS THEREFORE ORDERED** that the Clerk shall **FILE and ELECTRONICALLY SERVE** the petition (ECF No. 1-1) upon the respondents.

**IT IS FURTHER ORDERED** that the Clerk shall detach and file the Motion for Appointment of Counsel (ECF No. 1-2) which is **DENIED.**

**IT IS FURTHER ORDERED** that respondents shall have **forty-five (45)** days from entry of this order within which to answer, or otherwise respond to, the petition. In their answer or other response, respondents shall address any claims presented by petitioner in his petition as well as any claims presented by petitioner in any Statement of Additional Claims. Respondents shall raise all potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and procedural default. **Successive motions to dismiss will not be entertained**. If an answer is filed, respondents shall comply with the requirements of Rule 5 of the Rules Governing Proceedings in the United States District Courts under 28 U.S.C. §2254. If an answer is filed, petitioner shall have **forty-five (45) days** from the date of service of the answer to file a reply.

**IT IS FURTHER ORDERED** that, henceforth, petitioner shall serve upon the Attorney General of the State of Nevada a copy of every pleading, motion, or other document he submits for consideration by the Court. Petitioner shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the Attorney General. The Court may disregard any paper that does not include a certificate of service. After respondents appear in this action, petitioner shall make such service upon the particular Deputy Attorney General assigned to the case.

DATED this 5th day of July, 2011.

_____
UNITED STATES CHIEF DISTRICT JUDGE