**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

BADRU KAKUNGULU, )
)
        Petitioner, )  Case No.3:11-cv-00276-RCJ-VPC
)
vs. )
)  ORDER
JACK PALMER, )
)
        Respondent. )

      Respondents move to strike a document filed by petitioner entitled "Opposition to Motion to Dismiss Via Amended Motion for Stay and Abeyance" or in the alternative move for leave to file a sur-reply to the Motion for Stay and Abeyance (ECF No. 26). The motion shall be **granted** to the extent that respondents shall have 10 days to file a sur-reply to the motion for stay and abeyance.

      **IT IS SO ORDERED**.

      Dated this 10th day of January, 2012.

_____
UNITED STATES CHIEF DISTRICT JUDGE