**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

BADRU KAKUNGULU,

      Petitioner,

vs.

JACK PALMER,

      Respondent.

Case No. 3:11-cv-00276-RCJ-VPC

**ORDER**

Respondents move to strike a document filed by petitioner entitled "Opposition to Motion to Dismiss Via Amended Motion for Stay and Abeyance" or in the alternative move for leave to file a sur-reply to the Motion for Stay and Abeyance (ECF No. 26). The motion shall be **granted** to the extent that respondents shall have 10 days to file a sur-reply to the motion for stay and abeyance.

**IT IS SO ORDERED**.

Dated this 10th day of January, 2012.

_____
UNITED STATES CHIEF DISTRICT JUDGE