AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

BADRU KAKUNGULU,

              Petitioner,           **JUDGMENT IN A CIVIL CASE**

  V.

                     CASE NUMBER:  **3:11-CV-00276-RCJ-VPC**

JACK PALMER,

              Respondents.

___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss [14] is GRANTED.  IT IS FURTHER ORDERED that no certificate of appealability shall issue.

February 2, 2012                         **LANCE S. WILSON**
                                       Clerk

                           /s/  M. Campbell
                           Deputy Clerk